NO. 10-14-00219-CR

NO. 10-14-00220-CR

PD-0579&0580-15

DARRICK E. ROSS

§
§
§
§

V

§

STATE OF TEXAS

§

COURT OF CRIMINAL APPEALS

OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

§
§
§
§

## MOTION TO SUSPEND

THE APPELLANT REQUEST TO SUSPEND TEX. R. APP. PROC. 9.3 BECAUSE HE DO NOT HAVE ACCESS TO A COPY MACHINE HERE AT CLEMENTS UNIT, 9601 SPUR 591, AMARILLO, TEXAS 79107.

## PRAYER

APPELLANT PRAYS THE COURT GRANT RELIEF REQUESTED.

X _Darrick Ross #1938636_
APPLICANT